Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER DISASTER       : 21 MC 102 (AKH)
SITE LITIGATION                                                  :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
ELSA PUMA (AND HUSBAND, ALEX ESPINOZA),  : 07-CV-11023 (AKH)
                                                                 :
                                    Plaintiffs,                 : **NOTICE OF THE 120 BROADWAY**
                                                                 : **PARTIES' ADOPTION OF ANSWER**
- against -                                                      : **TO MASTER COMPLAINT**
                                                                 :
120 BROADWAY CONDOMINIUM (CONDO #871),   :
*et al.*,                                                        :
                                                                 :
                                    Defendants.                 :
                                                                 :
-----------------------------------------------------------------X

   PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC, 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
May 9, 2008

          **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
          Attorneys for Defendants The 120 Broadway Parties

By: _Thomas A. Egan_
      Thomas A. Egan (TE-0141)
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500